**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RODNEY CHOATE, on behalf of the MRMC ESOP, and on behalf of a class of all other persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WILMINGTON TRUST, N.A., as successor to Wilmington Trust Retirement and Institutional Services Company,<br><br>    Defendant. | Cons. Case No. 17-250-RGA |

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES,
COSTS AND SERVICE AWARD**

  Plaintiff Rodney Choate, Individually and as Class Representative, presents his motion for an order approving Class Counsels' attorneys' fees and litigation costs and a Service Award to Plaintiff. The bases supporting this motion are set forth in the accompanying brief. A proposed Final Judgment and Order Approving Class Settlement and Dismissal With Prejudice, and including the requests for fees, costs and a service award, is attached as Exhibit A to Plaintiff's Motion for Final Approval of Class Action Settlement.

  The Parties also request that, if the Standing Order in re: Court Operations Under the Exigent Circumstances Created by COVID-19 is amended such that it would impact the Final Fairness Hearing, that the Final Fairness Hearing be allowed to proceed telephonically on October 1, 2020, as currently scheduled.

| | |
|---|---|
| Dated: August 17, 2020 | */s/ David A. Felice* |
| | David A. Felice (#4090) |
| | Bailey & Glasser, LLP |
| | Red Clay Center at Little Falls |
| | 2961 Centerville Road, Suite 302 |
| | Wilmington, DE 19808 |
| | Telephone: (302) 504-6333 |
| | dfelice@baileyglasser.com |

Gregory Y. Porter
Ryan T. Jenny
Patrick O. Muench
Bailey & Glasser, LLP
1055 Thomas Jefferson St., NW
Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
gporter@baileyglasser.com
rjenny@baileyglasser.com
pmuench@baileyglasser.com

Daniel Feinberg (*pro hac vice*)
Todd Jackson (*pro hac vice*)
FEINBERG, JACKSON, WORTHMAN &
WASOW LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704
Telephone: (510) 269-7998
dan@feinbergjackson.com
todd@feinbergjackson.com

*Attorneys for Plaintiff and the Class*